Dismissed and Memorandum Opinion filed December 15, 2005









Dismissed and Memorandum Opinion filed December 15,
2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01001-CV

____________

 

EYAD A. KAYYALE,
Appellant

 

V.

 

WORTHAM VILLAGES COMMUNITY
ASSOCIATION, INC., Appellee

 



 

On Appeal from the
County Civil Court at Law No. 3

Harris County, Texas

Trial Court Cause
No. 828569

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 28, 2005.

On December 6, 2005, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed December 15, 2005.

Panel consists of Justices Hudson,
Frost, and Seymore.